**FILED**

OCT 1 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Richard L. Kellner, (SBN 171416)
   rlk@kbklawyers.com
2  Joshua H. Haffner, (SBN 188652)
   jhh@kbklawyers.com
3  Lina B. Melidonian. (SBN 245283)
   lm@kbklawyers.com
4  **KABATECK BROWN KELLNER LLP**
   644 South Figueroa Street
5  Los Angeles, California 90017
   Tel: (213) 217-5000
6  Fax: (213) 217-5010

7  Jeffrey K. Berns, (SBN 131351)
   jberns@law111.com
8  David M. Arbogast (SBN 131351)
   darbogast@Law111.com
9  **ARBOGAST & BERNS LLP**
   6303 Owensmouth Avenue, 10th Floor
10 Woodland Hills, California 91367
   Tel: (818) 961-2000
11 Fax: (818) 861-1775

*Attorneys for Plaintiff and the proposed class*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ANN S. HILL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL MORTGAGE CORPORATION, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. 1:08-CV-00235-AWI-GSA<br><br>CLASS ACTION<br><br>**REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii) and [Proposed] ORDER** |

- 1 -
Request for Dismissal Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii)

**TO THE ABOVE-ENTITLED COURT:**

Ann S. Hill ("Plaintiff"), through her counsel of record, hereby requests this court enter the voluntary dismissal of her claims, without prejudice, against Defendant U.S. Financial Mortgage Corporation, ("Defendant").

WHEREAS, Defendant has not appeared in this action and a default was taken against Defendant.

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff is entitled to dismiss this action:

> Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute the plaintiff may dismiss an action without a court order by filing: a stipulation of dismissal signed by all parties who have appeared.

WHEREAS, Plaintiff is the only party that has appeared in this action.

WHEREAS, Fed. R. Civ. Proc. 23(e) is inapplicable to the instant dismissal because no putative class members will be bound to this proposal and this class action has not been previously certified.

WHEREAS, no prejudice to absent putative class members will result from dismissal of this action, because a class has not been certified and the dismissal will not affect their rights.

NOW, THEREFORE, Plaintiff requests Voluntary Dismissal of this action without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Dated: October 7, 2009                KABATECK BROWN KELLNER LLP

                                      By: _____
                                          Joshua H. Haffner
                                          Attorneys for Plaintiff

- 2 -
Request for Dismissal Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii)

## [Proposed] ORDER

Upon consideration of the Request for Dismissal submitted in connection herewith it is so ordered that the action entitled *Hill v. U.S. Financial Mortgage Corporation,* case number **08-00235-AWI-GSA** hereby is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 7, 2009          By: _____
                                     Hon. Anthony W. Ishii
                                     United States District Court Judge

- 3 -
[Proposed] Order